Electronically Filed - Greene - April 02, 2026 - 03:08 PM

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

SHARON ROY,                                    )
                                               )
        and                                    )
                                               )
JEAN EUTSLER,                                  )
                                               )
        Plaintiffs, on behalf of themselves    )
        and all others similarly situated      )
                                               )
v.                                             )    Case No.:_____
                                               )
                                               )
MERCY HOSPITAL SPRINGFIELD,                    )
Serve:  Registered Agent                       )
        CSC-Lawyers Incorporating Service Co.  )
        221 Bolivar                            )
        Jefferson City, MO  65101              )
                                               )
MERCY CLINICS SPRINGFIELD                      )
COMMUNITIES,                                   )
Serve:  Registered Agent                       )
        CSC-Lawyers Incorporating Service Co.  )
        221 Bolivar                            )
        Jefferson City, MO  65101              )
                                               )
MERCY HOSPITAL JEFFERSON                       )
Serve:  Registered Agent                       )
        CSC-Lawyers Incorporating Service Co.  )
        221 Bolivar                            )
        Jefferson City, MO  65101              )
                                               )
MERCY HOSPITAL JOPLIN                          )
Serve:  Registered Agent                       )
        CSC-Lawyers Incorporating Service Co.  )
        221 Bolivar                            )
        Jefferson City, MO  65101              )
                                               )
MERCY HOSPITAL LEBANON                         )
Serve:  Registered Agent                       )
        CSC-Lawyers Incorporating Service Co.  )
        221 Bolivar                            )
        Jefferson City, MO  65101              )
                                               )
MERCY HOSPITAL LINCOLN                         )
Serve:  Registered Agent                       )

1

Exhibit 1

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )
)
**MERCY ACO PROVIDER SERVICES, LLC** )
Serve: Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )
)
**MERCY HOSPITAL AURORA** )
Serve: Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )
)
**MERCY HOSPITAL CARTHAGE** )
Serve: Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )
)
**MERCY HOSPITAL CASSVILLE** )
Serve: Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )
)
**MERCY HOSPITAL PERRY** )
Serve: Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )
)
**MERCY HOSPITAL SOUTH** )
Serve: Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )
)
**MERCY HOSPITAL ST. LOUIS** )
**PROFESSIONAL SURGICAL SERVICES, LLC**)
Serve: Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )

2

**Exhibit 1**

MERCY HOSPITAL WASHINGTON )
AUXILIARY, LLC )
Serve: Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO 65101 )
      )
MERCY HOSPITAL WENTZVILLE )
Serve: Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO 65101 )
      )
MERCY HOSPITALS EAST COMMUNITIES )
Serve: Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO 65101 )
      )
MERCY BENEFIT ADMINISTRATORS, LLC )
Serve: Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO 65101 )
      )
MERCY ACO CLINICAL SERVICES, INC. )
Serve: Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO 65101 )
      )
MERCY ACO HEALTH MANAGER, LLC )
Serve: Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO 65101 )
      )
MERCY ACO PATIENT SERVICES, LLC )
Serve: Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO 65101 )
      )
MERCY ACO, LLC )
Serve: Registered Agent )

3

Exhibit 1

CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO 65101 )
)
MERCY AMBULATORY CARE, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
)
MERCY AND AFFILIATES )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
)
MERCY CANCER CARE MANAGEMENT )
SERVICES, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
)
MERCY CARDIOLOGY, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
)
MERCY CARE ACO, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
)
MERCY CARE, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
)
MERCY CLINIC ADULT CRITICAL CARE, )
LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )

4

**Exhibit 1**

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

Jefferson City, MO  65101       )
       )
**MERCY CLINIC ADULT**       )
**HOSPITALISTS-WASHINGTON, LLC**       )
Serve:  Registered Agent       )
      CSC-Lawyers Incorporating Service Co.  )
      221 Bolivar       )
      Jefferson City, MO  65101       )
       )
**MERCY CLINIC ADULT**       )
**HOSPITALISTS-JEFFERSON, LLC**       )
Serve:  Registered Agent       )
      CSC-Lawyers Incorporating Service Co.  )
      221 Bolivar       )
      Jefferson City, MO  65101       )
       )
**MERCY CLINIC ADULT**       )
**HOSPITALISTS-ST. LOUIS, LLC**       )
Serve:  Registered Agent       )
      CSC-Lawyers Incorporating Service Co.  )
      221 Bolivar       )
      Jefferson City, MO  65101       )
       )
**MERCY CLINIC ADULT PSYCHIATRY, LLC**  )
Serve:  Registered Agent       )
      CSC-Lawyers Incorporating Service Co.  )
      221 Bolivar       )
      Jefferson City, MO  65101       )
       )
**MERCY CLINIC**       )
**ANESTHESIOLOGY-WASHINGTON, LLC**  )
Serve:  Registered Agent       )
      CSC-Lawyers Incorporating Service Co.  )
      221 Bolivar       )
      Jefferson City, MO  65101       )
       )
**MERCY CLINIC BURN AND PLASTIC**       )
**SURGERY, LLC**       )
Serve:  Registered Agent       )
      CSC-Lawyers Incorporating Service Co.  )
      221 Bolivar       )
      Jefferson City, MO  65101       )
       )
**MERCY CLINIC CARDIOVASCULAR AND**  )
**THORACIC SURGERY, LLC**       )
Serve:  Registered Agent       )

5

**Exhibit 1**

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

CSC-Lawyers Incorporating Service Co.　)
221 Bolivar　)
Jefferson City, MO　65101　)
　)
**MERCY CLINIC DERMATOLOGY, LLC**　)
Serve:　Registered Agent　)
CSC-Lawyers Incorporating Service Co.　)
221 Bolivar　)
Jefferson City, MO　65101　)
　)
**MERCY CLINIC EAST COMMUNITIES**　)
Serve:　Registered Agent　)
CSC-Lawyers Incorporating Service Co.　)
221 Bolivar　)
Jefferson City, MO　65101　)
　)
**MERCY CLINIC ENDOCRINOLOGY, LLC**　)
Serve:　Registered Agent　)
CSC-Lawyers Incorporating Service Co.　)
221 Bolivar　)
Jefferson City, MO　65101　)
　)
**MERCY CLINIC ENT, LLC**　)
Serve:　Registered Agent　)
CSC-Lawyers Incorporating Service Co.　)
221 Bolivar　)
Jefferson City, MO　65101　)
　)
**MERCY CLINIC GASTROENTEROLOGY,**　)
**LLC**　)
Serve:　Registered Agent　)
CSC-Lawyers Incorporating Service Co.　)
221 Bolivar　)
Jefferson City, MO　65101　)
　)
**MERCY CLINIC GERIATRICS, LLC**　)
Serve:　Registered Agent　)
CSC-Lawyers Incorporating Service Co.　)
221 Bolivar　)
Jefferson City, MO　65101　)
　)
**MERCY CLINIC GYN ONCOLOGY, LLC**　)
Serve:　Registered Agent　)
CSC-Lawyers Incorporating Service Co.　)
221 Bolivar　)
Jefferson City, MO　65101　)

6

**Exhibit 1**

MERCY CLINIC HEART AND VASCULAR, )
LLC )
Serve: Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO 65101 )
       )
MERCY CLINIC HYPERBARIC AND )
WOUND CARE, LLC )
Serve: Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO 65101 )
       )
MERCY CLINIC ILLINOIS, LLC )
Serve: Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO 65101 )
       )
MERCY CLINIC INFECTIOUS DISEASE, )
LLC )
Serve: Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO 65101 )
       )
MERCY CLINIC JOPLIN, LLC )
Serve: Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO 65101 )
       )
MERCY CLINIC MATERNAL FETAL )
MEDICINE, LLC )
Serve: Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO 65101 )
       )
MERCY CLINIC NEPHROLOGY, LLC )
Serve: Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO 65101 )

7

**Exhibit 1**

MERCY CLINIC NEUROLOGY, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY CLINIC ONCOLOGY, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY CLINIC OPHTHALMOLOGY, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY CLINIC PAIN MANAGEMENT, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY CLINIC PALLIATIVE CARE, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY CLINIC PODIATRY, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY CLINIC POST ACUTE SERVICES, )
LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY CLINIC PULMONOLGY–ST. LOUIS, )
LLC )

8

Serve:  Registered Agent        )
       CSC-Lawyers Incorporating Service Co.  )
       221 Bolivar         )
       Jefferson City, MO  65101    )
                        )

**MERCY CLINIC**      )
**PULMONOLGY–WASHINGTON, LLC**  )
Serve:  Registered Agent     )
       CSC-Lawyers Incorporating Service Co.  )
       221 Bolivar     )
       Jefferson City, MO  65101    )
                        )

**MERCY CLINIC RHEUMATOLOGY, LLC**  )
Serve:  Registered Agent     )
       CSC-Lawyers Incorporating Service Co.  )
       221 Bolivar     )
       Jefferson City, MO  65101    )
                        )

**MERCY CLINIC ST. LOUIS CANCER AND**  )
**BREAST INSTITUTE, LLC**  )
Serve:  Registered Agent     )
       CSC-Lawyers Incorporating Service Co.  )
       221 Bolivar     )
       Jefferson City, MO  65101    )
                        )

**MERCY CLINIC SURGICAL SPECIALISTS,**  )
**LLC**  )
Serve:  Registered Agent     )
       CSC-Lawyers Incorporating Service Co.  )
       221 Bolivar     )
       Jefferson City, MO  65101    )
                        )

**MERCY CLINIC TRAUMA AND GENERAL**  )
**SURGERY, LLC**  )
Serve:  Registered Agent     )
       CSC-Lawyers Incorporating Service Co.  )
       221 Bolivar     )
       Jefferson City, MO  65101    )
                        )

**MERCY CLINIC UROLOGY, LLC**  )
Serve:  Registered Agent     )
       CSC-Lawyers Incorporating Service Co.  )
       221 Bolivar     )
       Jefferson City, MO  65101    )
                        )

**MERCY COMMERCIAL SERVICES, INC.**  )

9

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

Serve:  Registered Agent )
  CSC-Lawyers Incorporating Service Co. )
  221 Bolivar )
  Jefferson City, MO  65101 )
  )
MERCY COMMUNITY ACO, LLC )
Serve:  Registered Agent )
  CSC-Lawyers Incorporating Service Co. )
  221 Bolivar )
  Jefferson City, MO  65101 )
  )
MERCY COMMUNITY CAPITAL )
Serve:  Registered Agent )
  CSC-Lawyers Incorporating Service Co. )
  221 Bolivar )
  Jefferson City, MO  65101 )
  )
MERCY EAST AMBULATORY SERVICES, )
LLC )
Serve:  Registered Agent )
  CSC-Lawyers Incorporating Service Co. )
  221 Bolivar )
  Jefferson City, MO  65101 )
  )
MERCY EAST SUPPORT SERVICES, LLC )
Serve:  Registered Agent )
  CSC-Lawyers Incorporating Service Co. )
  221 Bolivar )
  Jefferson City, MO  65101 )
  )
MERCY HEALTH )
Serve:  Registered Agent )
  CSC-Lawyers Incorporating Service Co. )
  221 Bolivar )
  Jefferson City, MO  65101 )
  )
MERCY HEALTH ACO, LLC )
Serve:  Registered Agent )
  CSC-Lawyers Incorporating Service Co. )
  221 Bolivar )
  Jefferson City, MO  65101 )
  )
MERCY HEALTH EAST COMMUNITIES )
Serve:  Registered Agent )
  CSC-Lawyers Incorporating Service Co. )
  221 Bolivar )

Exhibit 1

Jefferson City, MO 65101　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MERCY HEALTH FOUNDATION　　　　)
Serve:  Registered Agent　　　　　　　　)
　　　　CSC-Lawyers Incorporating Service Co. )
　　　　221 Bolivar　　　　　　　　　　　)
　　　　Jefferson City, MO 65101　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MERCY HEALTH FOUNDATION　　　　)
JEFFERSON　　　　　　　　　　　　　　)
Serve:  Registered Agent　　　　　　　　)
　　　　CSC-Lawyers Incorporating Service Co. )
　　　　221 Bolivar　　　　　　　　　　　)
　　　　Jefferson City, MO 65101　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MERCY HEALTH FOUNDATION LEBANON )
Serve:  Registered Agent　　　　　　　　)
　　　　CSC-Lawyers Incorporating Service Co. )
　　　　221 Bolivar　　　　　　　　　　　)
　　　　Jefferson City, MO 65101　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MERCY HEALTH FOUNDATION LINCOLN )
Serve:  Registered Agent　　　　　　　　)
　　　　CSC-Lawyers Incorporating Service Co. )
　　　　221 Bolivar　　　　　　　　　　　)
　　　　Jefferson City, MO 65101　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MERCY HEALTH FOUNDATION SOUTH　)
Serve:  Registered Agent　　　　　　　　)
　　　　CSC-Lawyers Incorporating Service Co. )
　　　　221 Bolivar　　　　　　　　　　　)
　　　　Jefferson City, MO 65101　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MERCY HEALTH FOUNDATION　　　　)
SOUTHWEST MISSOURI/KANSAS　　　)
Serve:  Registered Agent　　　　　　　　)
　　　　CSC-Lawyers Incorporating Service Co. )
　　　　221 Bolivar　　　　　　　　　　　)
　　　　Jefferson City, MO 65101　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MERCY HEALTH FOUNDATION　　　　)
SPRINGFIELD　　　　　　　　　　　　　)
Serve:  Registered Agent　　　　　　　　)
　　　　CSC-Lawyers Incorporating Service Co. )
　　　　221 Bolivar　　　　　　　　　　　)
　　　　Jefferson City, MO 65101　　　　　)

11

**Exhibit 1**

MERCY HEALTH FOUNDATION ST. )
FRANCIS )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
     )
MERCY HEALTH FOUNDATION ST. LOUIS )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
     )
MERCY HEALTH FOUNDATION )
WASHINGTON )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
     )
MERCY HEALTH SERVICES, LLC )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
     )
MERCY HEALTH SOUTHWEST )
MISSOURI/KANSAS COMMUNITIES )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
     )
MERCY HEALTH SPRINGFIELD )
COMMUNITIES )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
     )
MERCY HEALTHCARE SERVICES, LLC )
Serve: Registered Agent )
     Douglas K. Muthami )
     4330 Traverse Lane )
     St. Louis, MO 63134 )

12

**Exhibit 1**

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

MERCY HOME CARE, LLC )
Serve: Registered Agent )
     Linda Stubbs )
     10607 HWY C )
     Cuba, MO 65453 )
      )
MERCY HOME HEALTH CARE, INC. )
Serve: Registered Agent )
     Jama H. Khalif )
     3538 Nebraska Ave. )
     St. Louis, MO 63118 )
      )
MERCY HOSPITAL ASSOCIATION )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
      )
MERCY INTERNATIONAL PROVIDER )
SERVICES, LLC )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
      )
MERCY INVESTMENT SERVICES, INC. )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
      )
MERCY LABS JEFFERSON, LLC )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
      )
MERCY LABS ST. LOUIS, LLC )
Serve:  Registered Agent )
     CSC-Lawyers Incorporating Service Co. )
     221 Bolivar )
     Jefferson City, MO  65101 )
      )
MERCY LABS WASHINGTON, LLC )
Serve:  Registered Agent )

Exhibit 1

CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO  65101 )
)
MERCY LABS SOUTH, LLC )
Serve:  Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO  65101 )
)
MERCY MEDICAL CONSULTANTS, LLC )
Serve: Registered Agent )
Larry Bonds )
729 Saint Francois St. )
Florissant, MO 63031 )
)
MERCY NETWORK, LLC )
Serve:  Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO  65101 )
)
MERCY NEUROPSYCHOLOGY SERVICES, )
LLC )
Serve:  Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO  65101 )
)
MERCY ORTHOPAEDIC TRAUMA )
SERVICES, LLC )
Serve:  Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )
Jefferson City, MO  65101 )
)
MERCY PEDIATRIC NEUROLOGY, LLC )
Serve: Registered Agent
Susan Hannasch )
14528 S. Outer Forty Rd. Suite 100 )
Chesterfield, MO 63017 )
)
MERCY PHARMACY SERVICES, LLC )
Serve:  Registered Agent )
CSC-Lawyers Incorporating Service Co. )
221 Bolivar )

14

**Exhibit 1**

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

Jefferson City, MO  65101 )
)
**MERCY PODIATRY, LLC** )
Serve:  Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO  65101 )
)
**MERCY PROFESSIONAL SERVICES, INC.** )
Serve: Registered Agent )
      Michelle Salois )
      1015 South Compton Ave. )
      St. Louis, MO 63104 )
)
**MERCY RADIOLOGY, LLC** )
Serve: Registered Agent )
      Jeffrey Thomasson )
      11475 Olde Cabin Rd. Suite 200 )
      St. Louis, MO 63141 )
)
**MERCY REHABILITATION** )
**HOSPITAL–ST. LOUIS, LLC** )
Serve: Registered Agent )
      CT Corporation System )
      5661 Telegraph Rd. Suite 4B )
      St. Louis, MO 63129-4275 )
)
**MERCY REHABILITATION HOSPITAL** )
**SOUTH, LLC** )
Serve: Registered Agent )
      CT Corporation System )
      5661 Telegraph Rd. Suite 4B )
      St. Louis, MO 63129-4275 )
)
**MERCY REHABILITATION HOSPITAL** )
**SPRINGFIELD, LLC** )
Serve: Registered Agent )
      CT Corporation System )
      5661 Telegraph Rd. Suite 4B )
      St. Louis, MO 63129-4275 )
)
**MERCY RESEARCH** )
Serve:  Registered Agent )
      CSC-Lawyers Incorporating Service Co. )
      221 Bolivar )
      Jefferson City, MO  65101 )

15

**Exhibit 1**

MERCY SOUTH ASC, LLC )
Serve: Registered Agent )
    United Agent Group Inc. )
    12747 Olive Blvd Suite 300B )
    St. Louis, MO 63141-6269 )
     )
MERCY SOUTHERN MISSOURI )
AMBULATORY SERVICES, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY ST. FRANCIS HOSPITAL )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MERCY WOMEN'S SERVICES, LLC )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
MHM SUPPORT SERVICES )
Serve: Registered Agent )
    CSC-Lawyers Incorporating Service Co. )
    221 Bolivar )
    Jefferson City, MO 65101 )
     )
        Defendants. )

## CLASS ACTION PETITION FOR DAMAGES

COME NOW Plaintiffs, Sharon Roy and Jean Eutsler, on behalf of themselves and all other similarly situated, and state, allege and aver to the court the following for this class action against Defendants (collectively "Defendants" or "Mercy Defendants"):

16

## INTRODUCTION AND BACKGROUND

1. This action is brought by the Plaintiffs on behalf of themselves and others similarly situated to remedy the unlawful billing practices of Defendants.

2. Defendants, as described in detail below, routinely subvert the financial interests of their patients for their own benefit and profit through unlawful and predatory billing practices.

3. Upon information and belief, Iovera is a non-opioid injection treatment used to eliminate pain both before and after surgical operations, most commonly in connection with knee, hip, and shoulder surgeries (the "Iovera Treatment" or the "Treatment").

4. Upon information and belief, Defendants, through their employees and agents, advise patients of the benefits of the Iovera Treatment, including that it is a safer option to opioids, and represent to patients that the Iovera Treatment is not covered by Medicare.

5. Upon information and belief, if a patient is identified as a Medicare eligible patient, Defendants refuse to submit the cost of that patient's Iovera Treatment to said patient's Iovera Medicare plan and instead take private payment for the full cost of the Treatment directly from the patient.

6. Upon information and belief, Defendants employ this business model because it will receive a higher reimbursement rate with a private pay in full rather than the discounted rate provided by a patient's assignment agreement with Medicare, thereby increasing Defendants' profit margin.

7. While refusing to bill Medicare or advise patients that Medicare will pay for the Iovera Treatment in order to increase its profits, Defendants routinely pursue payment for the medical bills from those same patients. Defendants do so by, among other things, demanding cash payment directly from the patients.

17

**Exhibit 1**

8. Defendants pursue this course of conduct despite the patients having Medicare and being entitled to have their Iovera Treatment expenses, which were incurred at Defendants' facilities, to be submitted to their Medicare provider for payment.

9. Such patients are unable to submit their medical bills for the Iovera Treatments directly to their Medicare provider as Defendants are the entities responsible for such submission.

10. Defendants are the only entities in possession of the information required to submit medical bills for the Iovera Treatment to patients' Medicare provider pursuant to Defendants' contract with Medicare.

11. Upon information and belief, all Defendants have standardized and uniform billing practices, and all Defendants have employed the same billing practices with regard to the Iovera Treatment as detailed above.

12. By employing such a policy and business model, Defendants have unlawfully violated the rights of Plaintiffs and the Class Members as described more particularly below.

13. Further, such conduct of Defendants, and its agents for which it is responsible, is outrageous, intentional, willful, wanton, and malicious, and otherwise shows a complete indifference to or conscious disregard of the rights of Plaintiffs and the Class Members such that punitive damages are appropriate and warranted.

## JURISDICTION AND VENUE

14. Jurisdiction is proper in this county because the tortious acts and/or omissions which are the subject of this litigation occurred in Greene County, Missouri and Defendant Mercy Hospital Springfield's principal place of business is in Greene County Missouri.

15. All Defendants are Missouri corporations or limited liability companies so this Court may exercise jurisdiction over each.

16. Venue is proper in Greene County Missouri, pursuant to RSMo § 508.010.

18

Exhibit 1

## PARTIES

17. Plaintiff Roy currently resides in Greene County, Missouri.

18. Plaintiff Eutsler currently resides in Greene County, Missouri.

19. All Defendants are affiliated and commonly operated corporations and limited liability companies organized and operated under the laws of the State of Missouri, with offices, agents and principal places of business in Missouri. Defendants can be served through their registered agents as set forth above.

20. Plaintiff Roy sought treatment at Defendant Mercy Hospital Springfield ("Mercy Springfield") on April 23, 2021, and incurred $850.00 in medical bills related to the Iovera Treatment, as recommended by Defendants' employees and agents.

21. Plaintiff Eutsler sought treatment at Defendant Mercy Springfield on May 13, 2021, and incurred $850.00 in medical bills related to the Iovera Treatment, as recommended by Defendants' employees and agents.

## ALLEGATIONS COMMON TO ALL COUNTS

22. On or about April 23, 2021, Plaintiff Roy presented to Mercy Springfield for medical services in connection with knee pain.

23. At the time of treatment, Plaintiff Roy provided her Medicare information to Mercy Springfield for payment of medical services.

24. At the time of treatment, Plaintiff Roy had valid health insurance coverage with Medicare.

25. Plaintiff Roy received the Iovera Treatment at the suggestion of Mercy Springfield on April 23, 2021, and was discharged that same day.

26. Mercy Springfield directly billed Plaintiff Roy $850.00 for the Iovera Treatment.

19

**Exhibit 1**

27. Upon information and belief, Plaintiff Roy's medical bills for the Iovera Treatment were not submitted to Plaintiff Roy's Medicare provider.

28. Upon information and belief, Plaintiff Roy was entitled to a contractual reduction in the amount of her Iovera Treatment medical bills pursuant to her Medicare insurance agreement with Mercy Springfield.

29. On or about May 13, 2021, Plaintiff Eutsler presented to Mercy Springfield for medical services in connection with knee pain.

30. At the time of treatment, Plaintiff Eutsler provided her Medicare information to Mercy Hospital for payment of medical services.

31. At the time of treatment, Plaintiff Eutsler had valid health insurance coverage with Medicare.

32. Plaintiff Eutsler received the Iovera Treatment from Mercy Hospital on May 13, 2021, and was discharged that same day.

33. Defendant Mercy Hospital directly billed Plaintiff Eutsler $850.00 for the Iovera Treatment.

34. Upon information and belief, Plaintiff Eutsler's medical bills for the Iovera Treatment were not submitted to Plaintiff Eutsler's Medicare provider.

35. Upon information and belief, Plaintiff Eutsler was entitled to a contractual reduction in the amount of her Iovera Treatment medical bills pursuant to her Medicare insurance agreement with Mercy Springfield.

36. Upon information and belief, federal statutes and regulations prohibit medical providers from directly billing Medicare recipients for covered treatments, such as the Iovera Treatment.

**Exhibit 1**

37. Upon information and belief, Defendants' contracts with Medicare obligate Defendants to only bill Medicare for covered treatments at a predetermined rate.

38. By representing to Plaintiffs that the Iovera Treatment was not covered by Medicare, Defendants made material representations of fact to Plaintiffs upon which Plaintiffs reasonably relied, which Defendants either knew were false or were made with reckless disregard to their truth or falsity.

39. Upon information and belief, Defendants were notified by Federal agencies that their direct billing practices were unlawful and in breach of their contractual obligations with Medicare in May of 2022.

40. Upon information and belief, Defendants failed to stop directly billing for the Iovera Treatment and continue to do so.

41. Defendants conduct is outrageous, and done with the intention of harming Plaintiffs without just cause and/or done with deliberate and flagrant disregard for the safety of others.

## CLASS ACTION ALLEGATIONS

42. This action is brought as a plaintiff class pursuant to Missouri Rule of Civil Procedure 52.08. Plaintiffs bring this action on their own behalf and on behalf of all others similarly situated, as representative of the following class.

> All patients who received the Iovera Treatment from any entity located in Missouri that is owned or affiliated with the Mercy Defendants while covered by Medicare whose bill resulting from the Iovera Treatment was not submitted to their Medicare carrier for payment, but collected directly from the patient (the "Class").

43. The particular members of the class ("Class Members") are capable of being described without difficult managerial or administrative problems. The Class Members are readily identifiable from the information and records in the possession or control of the Mercy Defendants.

21

**Exhibit 1**

44. The Class consists of hundreds and perhaps thousands of individual members and is, therefore, so numerous that individual joinder of all members is impractical.

45. There are questions of law and fact common to the Class, which questions predominate over any questions affecting only individual members of the Class and, in fact, the wrongs suffered and remedies sought by Plaintiffs and the other Class Members are premised upon an unlawful scheme perpetuated uniformly upon all the Class Members. The principal common issues include, but are certainly not limited to the following:

i) Whether the Mercy Defendants violated their provider agreements with Medicare by directly billing patients for medical services covered by Medicare;

ii) Whether the Mercy Defendants employ a policy and business model of refusing to submit otherwise valid Medicare claims in order to increase the Mercy Defendants' profit or for financial gain;

iii) Whether Defendant Mercy Hospital unlawfully refused to submit the Class members' Iovera Treatment costs to the Class members' Medicare carriers for payment;

iv) Whether Defendant Mercy Hospital unjustly profited by refusing to submit said medical bills to Medicare carriers for payment and required private payment from the Class Members;

v) Whether the Mercy Defendants utilized unfair practices to collect medical payments for the Iovera Treatment from the Class Members despite such bills being payable by Medicare;

vi) Whether the Mercy Defendants have been unjustly enriched at the Class Members' expense through the above described misconduct;

vii) Whether the Mercy Defendants breached their duty of good faith and fair dealing to the Class Members through the above described misconduct;

viii) Whether the Mercy Defendants violated the Missouri Merchandising Practices Act through the above described misrepresentations and misconduct;

22

**Exhibit 1**

ix) Whether the Mercy Defendants have tortiously interfered with the Class Members' express or implied contracts with their Medicare insurance carrier;

x) Whether the Mercy Defendants should be enjoined from continuing their unlawful billing practices;

xi) Whether the Mercy Defendants' misconduct and abusive billing practices violated Medicare payment policy and their Medicare provider agreements.

46. Plaintiffs' claims are typical of those of the Class and are based on the same legal and factual theories.

47. Plaintiffs will fairly and adequately represent and protect the interests of the Class Members. Plaintiffs have no claims antagonistic to those of the Class. Plaintiffs have retained counsel and are committed to the vigorous prosecution of this action.

48. Certification of a plaintiff class is appropriate in that Plaintiffs and the Class Members seek monetary damages, common questions predominate over any individual questions, and a plaintiff class action is superior for the fair and efficient adjudication of this controversy. A plaintiff class action will cause an orderly and expeditious administration of the Class Members' claims, economies of time, effort and expense will be fostered and uniformity of decisions will be ensured. Moreover, the individual Class Members are unlikely to be aware of their rights and are not in a position (either through experience or financially) to commence individual litigation against the Defendants.

49. Alternatively, certification of a plaintiff class is appropriate in that inconsistent or varying adjudications with respect to individual Class Members would establish incompatible standards of conduct for the Defendants or adjudications with respect to individual Class Members as a practical matter would be dispositive of the interests of the other Members not parties to the adjudications or would substantially impair or impede their ability to protect their interests.

23

**Exhibit 1**

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

50. The Defendants have acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole.

## COUNT I–VIOLATION OF THE MISSOURI MERCHANDISING PRACTICES ACT

**COME NOW** Plaintiffs, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and for Count I of their Petition against the Mercy Defendants, state and aver to the Court as follows:

51. Plaintiffs incorporate all paragraphs of this Petition as if fully set forth herein.

52. RSMo. § 407.020 prohibits the use of any "deception, fraud, false pretense, false promise, misrepresentation, unfair practice or the concealment, suppression, or omission of any material fact in connection with the sale or advertisement of any merchandise in trade or commerce."

53. The Mercy Defendants direct billing practice violates Mo. Rev. Stat. § 407.020 in that:

a. The Mercy Defendants are prohibited by Federal law to directly bill patients for procedures covered by Medicare and must instead bill Medicare at prices predetermined by Federal agencies;

b. The Mercy Defendants are prohibited by their contractual relationship with Medicare from billing patients directly for procedures covered by Medicare and are required to bill Medicare at prices predetermined by Federal agencies;

c. The Mercy Defendants misrepresented to Plaintiffs and Class Members that Medicare did not cover the Iovera Treatment and that Plaintiffs and Class Members would have to pay out of pocket for the Treatment with knowledge that the representation was false, with reckless disregard as to the truth or falsity of the

24

representation, or in breach of their duty to determine the truth or falsity of the representation before making the representation; and/or

d. The Mercy Defendants concealed and omitted the fact that the Iovera Treatment was covered by Medicare, requiring Plaintiffs and Class Members to pay out of pocket.

54. Plaintiffs and all Class Members purchased merchandise and services from the Mercy Defendants by purchasing the Iovera Treatment.

55. Plaintiffs and all Class Members purchased the Iovera Treatment for personal, family, or household purposes.

56. Plaintiffs and all Class Members suffered an ascertainable loss of money as a result of the Mercy Defendants' unlawful and unfair practices described above, in that the Iovera Treatments Plaintiffs and Class Members received were directly billed to them when they should have been billed to Medicare at a cheaper rate.

57. Plaintiffs and all Class Members acted as reasonable consumers in paying for the Iovera Treatment out of pocket based on the misrepresentations of the Mercy Defendants and had a right to rely on their misrepresentations as the Mercy Defendants were and are in a superior position to know whether or not the Treatment was covered by Medicare.

58. Plaintiffs and Class Members are entitled to actual damages reflecting the difference between what they paid out of pocket and what they should have paid for the Iovera Treatment had the Mercy Defendants complied with their legal obligations in billing Medicare for the Treatment.

59. Plaintiffs and Class Members have and will continue to incur attorneys' fees to pursue this action, which should be paid by the Mercy Defendants in addition to Plaintiffs' and the Class Members' actual damages.

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

**WHEREFORE,** Plaintiffs and Class Members pray this Court enter Judgment in their favor on Count I of their Petition awarding actual damages as specified above, for an award of attorneys' fees in addition to Plaintiffs and Class Members actual damages, and for any other and further relief the Court deems appropriate in the circumstances.

<u>**COUNT II–BREACH OF CONTRACT**</u>

**COME NOW** Plaintiffs, on behalf of themselves, and all others similarly situated, by and through their undersigned counsel, and for Count II of their Petition against the Mercy Defendants, state and aver to the Court as follows:

60. Plaintiffs incorporate all paragraphs of this Petition as if fully set forth herein.

61. Plaintiffs and Class Members entered into a valid and binding contract with the Mercy Defendants supported by good and valuable consideration.

62. Pursuant to the contracts entered into between the Parties, the Mercy Defendants agreed to charge Medicare for covered services, such as the Iovera Treatment, and not bill Plaintiffs and Class Members directly.

63. The Mercy Defendants were required to act in good faith and deal fairly with Plaintiffs and Class Members in treating and billing for said treatment.

64. Additionally, or alternatively, the Mercy Defendants entered into a valid and binding contract with Medicare for the primary benefit of Plaintiffs and Class Members pursuant to which the Mercy Defendants agreed to bill Medicare for covered services at predetermined prices and not bill Plaintiffs and Class Members directly.

65. The Mercy Defendants have breached their contracts with Plaintiffs and Class Members, and additionally, or alternatively, have breached their contracts with Medicare by directly billing Plaintiffs and Class Members for the Iovera Treatment instead of billing Medicare.

**Exhibit 1**

66. The Plaintiffs and Class Members have suffered actual damages in an amount reflecting the difference between what Plaintiffs and Class Members paid out of pocket for the treatment and what they should have paid had the Mercy Defendants complied with their contractual obligations.

**WHEREFORE**, Plaintiffs and Class Members pray this Court enter Judgment on Count II of their Petition in their favor, award Plaintiffs and Class Members actual damages as specified above to be determined at trial, for an award of attorneys' fees in addition to Plaintiffs and Class Members actual damages, and for any other and further relief the Court deems appropriate in the circumstances.

<u><strong>COUNT III–UNJUST ENRICHMENT</strong></u>

**COME NOW** Plaintiffs, on behalf of themselves, and all others similarly situated, by and through their undersigned counsel, and for Count III of their Petition against the Mercy Defendants, state and aver to the Court as follows:

67. Plaintiffs incorporate all paragraphs of this Petition as if fully set forth herein.

68. Plaintiffs and Class Members conferred a benefit upon the Mercy Defendants in the form of out of pocket payments paid directly from Plaintiffs and Class Members to the Mercy Defendants for the Iovera Treatment.

69. The benefit conferred by Plaintiffs and Class Members was at their expense as their payments for the Iovera Treatment came directly from Plaintiffs and Class Members.

70. It would be unjust for the Mercy Defendants to retain Plaintiffs' and the Class Members' payments in that such payments were procured in violation of federal law and contracts and in a manner which was unfair, fraudulent, and deceptive, without regard for the rights of Plaintiffs and Class Members, in that the Mercy Defendants directly billed Plaintiffs and Class Members

27

when the knew, should have known, or recklessly disregarded the fact that such bills should have been sent to Medicare.

71. Further, the Mercy Defendants' practice of direct billing for the Iovera Treatment permits them to profit from individuals who do not know, and could not know, whether or not the Iovera Treatment was covered by Medicare.

72. Further, the Mercy Defendants' practice of direct billing for the Iovera Treatment would thwart the purpose and benefit of the Medicare system by allowing healthcare providers to ignore Medicare billing requirements to maximize profit at the expense of Medicare recipients who rely on support from Medicare.

73. Plaintiffs and Class Members have suffered actual damages in an amount reflecting the difference between what they paid to the Mercy Defendants for the Iovera Treatment and what they should have paid had the Mercy Defendants billed Medicare directly.

**WHEREFORE,** Plaintiffs and Class Members pray this Court enter Judgment on Count III of their Petition in their favor, award Plaintiffs and Class Members actual damages as specified above to be determined at trial, for an award of attorneys' fees in addition to Plaintiffs and Class Members actual damages, and for any other and further relief the Court deems appropriate in the circumstances.

## COUNT IV–FRAUDULENT OR NEGLIGENT MISREPRESENTATION

**COME NOW** Plaintiffs, on behalf of themselves, and all others similarly situated, by and through their undersigned counsel, and for Count IV of their Petition against the Mercy Defendants, state and aver to the Court as follows:

74. Plaintiffs incorporate all paragraphs of this Petition as if fully set forth herein.

28

75. The Mercy Defendants represented to Plaintiffs and the Class Members that the Iovera Treatment was not covered by Medicare and had to be paid for out of pocket.

76. The foregoing representation was false as the Iovera Treatment was a covered procedure for which submission to Medicare was required.

77. Alternatively, the Mercy Defendants concealed the fact that the Iovera Treatment was covered by Medicare and did not have to be paid for by Plaintiffs and Class Members and the Mercy Defendants had a duty to inform Plaintiffs and Class Members that the Iovera Treatment was covered by Medicare.

78. The fact that the Iovera Treatment was covered by Medicare was a material fact in that coverage by Medicare would be significantly cheaper for Plaintiffs and Class members than paying out of pocket.

79. The Mercy Defendants knew, should have known, or were recklessly ignorant of the fact that the Iovera Treatment was covered by Medicare and that Plaintiffs and Class Members did not have to pay for it out of pocket.

80. The Mercy Defendants intended for the Plaintiffs and Class Members to act on the misrepresentation or concealment of fact by paying directly for the Iovera Treatment because that payment was higher than what Medicare would pay, permitting the Mercy Defendants to make more money from the Iovera Treatment.

81. Plaintiffs and Class Members were ignorant of the fact that the Iovera Treatment was covered by Medicare.

82. Plaintiffs and Class Members reasonably relied on the truth of the representations and concealment of the Mercy Defendants in that the Mercy Defendants, who deal with Medicare

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

directly, were in a far superior position of knowing whether or not the Iovera Treatment was covered by Medicare.

83. As a direct and proximate cause of the Mercy Defendants misrepresentations or concealment of material facts, Plaintiffs and Class Members were damaged in the amount reflecting the difference between what Plaintiffs and Class Members spent out of pocket for the Iovera Treatment and what they should have spent had the Iovera Treatment been billed to Medicare.

**WHEREFORE**, Plaintiffs and Class Members pray this Court enter Judgment on Count IV of their Petition in their favor, award Plaintiffs and Class Members actual damages as specified above to be determined at trial, for an award of attorneys' fees in addition to Plaintiffs and Class Members actual damages, and for any other and further relief the Court deems appropriate in the circumstances.

HOSMER KING & ROYCE, LLC

*/s/ W. Craig Hosmer*
W. Craig Hosmer
Missouri Bar No. 36195

HOSMER KING & ROYCE, LLC
313 South Glenstone
Post Office Box 1245
Springfield, Missouri 65801
Telephone:     (417) 869-9999
Facsimile:     (417) 869-2099
E-mail: craig.hosmer@hkrlawoffice.com

**Exhibit 1**

Electronically Filed - Greene - April 02, 2026 - 03:08 PM

**LOWTHER JOHNSON**
**Attorneys at Law, LLC**

*/s/ Colby R. Hall*
Mathew L. Placzek, MO Bar #61830
Lee J. Viorel, MO Bar #36886
Colby R. Hall, MO Bar #74677
901 St. Louis, 20th Floor
Springfield, MO 65806
Telephone: 417-866-7777
mplaczek@lowtherjohnson.com
chall@lowtherjohnson.com

31

**Exhibit 1**



# Summons in Civil Case

## IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>NATHAN ROBERT TAYLOR | Case Number: 2631-CC00412 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SHARON ROY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>COLBY HALL<br>901 ST. LOUIS STREET<br>20TH FLOOR<br>SPRINGFIELD, MO  65806 | |
| Defendant/Respondent:<br> MERCY HOSPITAL SPRINGFIELD | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO  65802 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Tort | | |

**The State of Missouri to:   MERCY HEALTH**
**Alias:**
**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR**
**JEFFERSON CITY, MO  65101**
   **Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

### *COURT SEAL OF*



### *GREENE COUNTY*

| 03-APR-2026 | /s/Bryan Feemster by af |
|---|---|
| Date | Clerk |

**Further Information:**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____     _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                                 Date                          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-989**
2 of 2 (2631-CC00412)

**Exhibit 1**

Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:26-cv-03311-MDH     Document 1-1     Filed 05/29/26     Page 33 of 35

| | |
|---|---|
| SHARON ROY, | ) |
| | ) |
| and | ) |
| | ) |
| JEAN EUTSLER, | ) |
| | ) |
| Plaintiffs, on behalf of themselves and all others similarly situated | ) |
| | ) |
| v. | ) Case No.: 2631-CC00412 |
| | ) |
| MERCY HEALTH | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiffs, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and pursuant to agreement of the Parties, dismiss all Defendants in this case, without prejudice, ***except for*** Defendant Mercy Health, which shall be the sole Defendant in this case going forward.

**LOWTHER JOHNSON**
**Attorneys at Law, LLC**

*/s/ Colby R. Hall*
Mathew L. Placzek, MO Bar #61830
Lee J. Viorel, MO Bar #36886
Colby R. Hall, MO Bar #74677
901 St. Louis, 20th Floor
Springfield, MO 65806
Telephone: 417-866-7777
mplaczek@lowtherjohnson.com
chall@lowtherjohnson.com
Attorneys for Plaintiffs

**Exhibit 1**

HOSMER KING & ROYCE, LLC

*/s/ W. Craig Hosmer*
W. Craig Hosmer
Missouri Bar No. 36195

HOSMER KING & ROYCE, LLC
313 South Glenstone
Post Office Box 1245
Springfield, Missouri 65801
Telephone:     (417) 869-9999
Facsimile:     (417) 869-2099
E-mail:  craig.hosmer@hkrlawoffice.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2026, I have electronically filed the foregoing with the Clerk of the Court using the Missouri eFiling System, and that I have mailed by United States Postal Service said document to any parties not currently represented by counsel, and/or non-Missouri eFiling System participant(s).

*/s/ Colby R. Hall*
Colby R. Hall #74677

**Exhibit 1**