UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

SHARON ROY and JEAN EUTSLER,   )
   )
     Plaintiffs,   )
   )
v.   )   Case No.
   )
MERCY HEALTH,   )
   )
     Defendant.   )

**<u>Consent to Removal</u>**

To the extent still necessary, former Defendants Mercy Hospital Springfield and Mercy

Hospital Aurora hereby consent to the removal of this civil action by Defendant Mercy Health

from the Circuit Court of Greene County, Missouri, to the United States District Court for the

Western District of Missouri.

Respectfully submitted,

THOMPSON COBURN LLP

By_____
   Jeffrey R. Fink, #44963
   Thompson Coburn LLP
   One US Bank Plaza
   St. Louis, Missouri 63101-1611
   Telephone: 314.552.6000
   Facsimile: 314.552.7000
   jfink@thompsoncoburn.com

   Attorneys for former Defendants
   Mercy Hospital Springfield and
   Mercy Hospital Aurora

**Exhibit 2**